In the Matter of TERRANCE J. LA FLAIR, an Infant.—

Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ., concur.